RECEIVED
JUN 16 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JELD-WEN, INC. | CIVIL ACTION NO. 13-3172 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| LAIDIG SYSTEMS, INC., et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss, Doc. 98 is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 16 day of June, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT